UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE LIBERTARIAN PARTY,<br>GARY JOHNSON, BRUCE MAJORS,<br>DARRYL BONNER, AND VERNON VAN, | :<br>:<br>:<br>: |
| Plaintiffs, | :   Case No. 12-cv-01248 (CKK) |
| v. | : |
| DEBORAH NICHOLS,<br>STEPHEN DANZANSKY,<br>DEVARIESTE CURRY, AND<br>DISTRICT OF COLUMBIA BOARD OF<br>ELECTIONS & ETHICS, | :<br>:<br>:<br>:<br>: |
| Defendants. | : |

## JOINT STATUS REPORT

Plaintiffs and Defendants, by and through their respective counsel, respectfully submit this Joint Status Report.

As reflected on the website of the District of Columbia Counsel, the "Board of Election Petition Circulation Requirements Amendment Act of 2013" ("the Act"), Act 20-134, which the parties had been advised would take effect on November 1, 2013, actually took effect on October 17, 2013. This came to the attention of undersigned counsel on October 31, 2013.

As stated in the parties' October 16, 2013 Joint Status Report Pursuant To Court's October 11, 2103 Order, Plaintiffs plan to file a stipulation of dismissal on or before November 8, 2013. Plaintiffs also plan to file a motion for attorneys' fees pursuant to 42 U.S.C. § 1988 on or before November 8, 2013. The stipulation of dismissal will request that the Court dismiss this action immediately following its ruling on Plaintiffs' motion for attorneys' fees. Defendants do

1

not agree that Plaintiffs are entitled to an award of attorneys' fees pursuant to 42 U.S.C. § 1988, and reserve their rights to oppose such a motion.

FILED:  November 1, 2013 Respectfully submitted,

                                            IRVIN B. NATHAN
Attorney General for the District of Columbia

ELLEN A. EFROS
Deputy Attorney General
Public Interest Division
441 Fourth Street, NW, Sixth Floor South
Washington, D.C. 20001
(202) 442-9886

 s/ Grace Graham_____
GRACE GRAHAM [472878]
Chief, Equity Section
Public Interest Division
441 Fourth Street, NW, Sixth Floor South
Washington, D.C. 20001
(202) 442-9886

s/ Thomas L. Koger_____
THOMAS L. KOGER [427921]
Senior Assistant Attorney General
Equity Section
Public Interest Division
441 Fourth Street, NW, Sixth Floor South
Washington, D.C. 20001
(202) 727-4170
Email: thomas.koger@dc.gov

*Counsel for Defendants Deborah Nichols, Stephen Danzansky, and Devarieste Curry, and for the District of Columbia Board of Elections*

s/Oliver B. Hall_____
Oliver B. Hall
D.C. Bar No. 976463
Center for Competitive Democracy
1835 16th Street, NW, #5

2

Washington, DC 20009
(202) 248-9294 (ph.)
(202) 248-9345 (fx.)
oliverhall@competitive democracy.org

*Counsel for The Libertarian Party, Gary Johnson, Bruce Majors, Darryl Bonner, Vernon Van*